IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDONO LEON MORRIS,

    Petitioner,                   No. CIV S-08-1790 FCD DAD P

    vs.

I.D. CLAY, Warden,

    Respondent.              ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 16, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1.  The findings and recommendations filed July 16, 2009, are adopted in full;

2.  Petitioner's October 9, 2008 renewed motion for a stay and abeyance (Doc. No. 16) is granted;

3.  This action is stayed and the Clerk of the Court is directed to administratively close the case;

4.  Petitioner shall file and serve a status report in this case on the first court day of each month; and

5.  Petitioner shall file and serve a motion to lift the stay of this action, along with a proposed amended petition containing only exhausted claims, within thirty days after petitioner is served with the California Supreme Court's order disposing of the state exhaustion petition.

DATED: August 28, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE